# UNITED STATES DISTRICT COURT
for the

South District of Texas

Houston Division

| | |
|---|---|
| ROCKETLADY UNLIMITED ENTERPRISES, LLC D/B/A OUR HEARTS TOGETHER, LLC | Case No. _____ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| RELIANT RETAIL ENERGY, LLC, SUNRUN GEMINI MANAGER, GOODLEAP, ASSURANT, TMOBILE, ATT, XFINITY, BSG, MIKE CALVERT TOYOTA, TEJAS TOYOTA, | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ROCKETLADY UNLIMITED ENTERPRISES, LLC D/B/A Our Hearts Together, LLC |
   | Street Address | P.O. BOX 2992 |
   | City and County | HUMBLE TX |
   | State and Zip Code | 77347-2992 |
   | Telephone Number | 832-755-2001 |
   | E-mail Address | N/A |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RELIANT RETAIL ENERGY, LLC |
| Job or Title *(if known)* | Bruce Stevenson (Regulatory Manager) |
| Street Address | P.O. Box 4567, |
| City and County | Houston, TX |
| State and Zip Code | 77210-4567 |
| Telephone Number | 713-207-6072 |
| E-mail Address *(if known)* | Bstevenson@,reliant.com |

Defendant No. 2

| | |
|---|---|
| Name | SUNRUN GEMINI MANAGER |
| Job or Title *(if known)* | |
| Street Address | 211 E. 7TH STREET, SUITE 620 |
| City and County | AUSTIN, TX |
| State and Zip Code | 78701 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | GOODLEAP |
| Job or Title *(if known)* | Maria Mellott - Vice President Deputy Chief Compliance Officer |
| Street Address | 8781 Sierra College Blvd |
| City and County | Roseville, CA |
| State and Zip Code | 95661 |
| Telephone Number | 916-772-9048 |
| E-mail Address *(if known)* | consumercomplaints@goodleap.com |

Defendant No. 4

| | |
|---|---|
| Name | ATT |
| Job or Title *(if known)* | |
| Street Address | PO BOX 10330 |
| City and County | FORT WAYNE, IL |
| State and Zip Code | 46851-0330 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant Nos (5-9)

5 T-MOBILE
441 4th Street,
NW Washington, DC

6 XFINITY MOBILE
Comcast Customer Security Assurance Attention Fraud Department
1800 Bishops Gate Blvd
Mt Laurel Township, NJ 08054

7 Assurant
American Bankers Insurance Company of Florida
11222 Quail Roost Drive, Miami, FL 33157-6596. BSG,

8 MIKE CALVERT TOYOTA,
2333 S Loop W.
Houston, TX 77054-2811

9 TEJAS TOYOTA
19011 Highway 59 North
Humble, TX 77338

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fair Debt Collection Practices Act as amenended by Public Law 111-203, title X, 124 Stat. 2092 (2010) National Telecommunications and Information Administration Organization Act, 47 U.S.C. 901 et seq., as amended by the Middle Class Tax Relief and Job Creation Act of 2012, Pub. L. 112-96, Title VI, Subtitle G, 126 Stat. 245 (Feb. 22, 2012) (47 U.S.C. 923(g)-(l), 928) and the Spectrum Pipeline Act of 2015, Title X of the Bipartisan Budget Act of 2015, Pub. L. 114-74, 129 Stat. 621 (Nov. 5, 2015) (47 U.S.C. 923, 928). TARIFFS Authority:47 U.S.C. 151, 154(i), 154(j), 201-205, 403, unless otherwise noted. Source:49 FR 40869, Oct. 18, 1984, unless otherwise noted. Minority Business Development Agency § 9:20 Backup power obligations.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* ROCKETLADY UNLIMITED Enterprises,LLC, is incorporated under the laws of the State of *(name)* TEXAS ,
        and has its principal place of business in the State of *(name)*
        TEXAS

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    the State of *(name)*   TEXAS         . Or is a citizen of
    *(foreign nation)*   unknown

  b. If the defendant is a corporation

    The defendant, *(name)*   RELIANT RETAIL ENERGY, et al  , is incorporated under
    the laws of the State of *(name)*   TEXAS     , and has its
    principal place of business in the State of *(name)*   TEXAS
    Or is incorporated under the laws of *(foreign nation)*   TEXAS
    and has its principal place of business in *(name)*   TEXAS

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Dis Closed US Currency. amount in contreversy, RELIANT ENERGY RETAIL adhere to UNITED STATES regulatory agencies that govern the protections under the Constitution in propesctive to ROCKETLADY UNLIMITED ENTERPRISES D/B/A OUR HEARTS TOGETHER, LLC

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

RELIANT ENERGY RETAIL, LLC provided support for securities fraud through using encumbered funds for real property 19902 Rustlewood Dr., Humble, TX 77338 estblished from relief of natural disasters and minority owned business to enhance property and created financial hardship to residents via (Goodleap and Sunrun). Goodleap provided technological support through artificial intelligence to Tesla backup power supply housed on property that violated Title 47 Code of Federal Regulations by placing and placed a UCC Property Lien in Harris County Appraisal District with the absence of contract amd misleading business preactices which violoate the Fair Credit Collection Practices Act. Continually, GOODLEAP worked with COMCAST and policing agencies to inflict injury an create financial hardship for residents of real property through realeasing proprity information. Toyota, Goodleap, Sunrun Gemini Manager, LLC, ATT (used varies collection agencies in the absence of debt) to send continued text, robo and SPAM calls VIA COMCAST E911 services to maintain backup power obligations to real property in the absence of landline, which is not available at aforementioned property in the absence of cable service. Insurance fraud was committed on ROCKETLADY UNLIMITED ENTERPRISES, LLC D/B/A OUR HEARTS TOGETHER, LLC company mobile lines and employee's personal mobile lines by ordering additional phones via assurant 3rd party app by SUNRUN GEMINI MANAGER'S foreign filed offices herein by committing brand impersonation acting in the name of ROCKETLADY UNLIMITED ENTERPRISES, LLC D/B/A OUR HEARTS TOGETHER, LLC, and preventing the further development of minority business owned enterprises us of grant funding. T-Mobile created barriers to accessing mobile account and used store employees at both Coroporate and Registered Agents to steal login credentials such as PIN numbers, and establish profiles in varried names of key employees to gain access and make changes to services. All of the aforementioned are a violation of RLE and employees 4th and 5th amendment rights in accorarandance to the United States Constitution. In addition Toyota Dealers (Mike Calvert and Toyota via the Toyota App and Satelite radion installed Earth Stations in Motion with (Non-Geostationary Orbit Space Stations)to create a blanket network and steal company trade secrets.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

US Dollars in additon to uncalculated amount to be provided in the motion. Relief amount didacted from public record, and provided at case summation. Amount will be stricken from record, and diplomatic immunity to LEGAL ENTITY and LEGAL FICTION, DR. LAKEISHA MENIFEE.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/24/2024

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: DR. LAKEISHA MENIFEE

### B. For Attorneys

CEO, ROCKETLADY UNLIMITED ENTERPRISES, LLC
100% owner

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

June 25, 2024

Plaintiff, Dr. Lakeisha Hamilton, is requesting waiver of all fees associated with PACER in the research and development of Cause No:_____. In addition, Plaintiff has submitted the Financial Inability to pay for Court Proceedings which is greatly due to interference of Defendants in aforementioned cause.

Respectfully,

*[signature]*

Dr. Lakeisha Menifee
LEGAL FICTION
CEO ROCKETLADY UNLIMITED ENTERPRISES, LLC (100% Owner)
CEO ABUNDANCE ENERGY CONSORTIUM, LLC (100% Owner).

**OPENGOVNY**

## View PDF

View PDF

View PDF | Open

New York State Corporation Entity

# Sunrun Gemini Manager 2023, LLC

80 State Street, Albany, NY 122072543

## View PDF

View PDF

View PDF | Open

## Overview

SUNRUN GEMINI MANAGER 2023, LLC (DOS #7075770) is a *Foreign Limited Liability Company* in *Albany* registered with the New York State Department of State (NYSDOS). The business entity was initially filed on September 11, 2023. The registered business location is at *80 State Street, Albany, NY 122072543*. The DOS process contact is *C/O Corporation Service Company*.

### Business Entity Information

| | |
|---|---|
| DOS ID | 7075770 |
| Current Entity Name | SUNRUN GEMINI MANAGER 2023, LLC |
| County | Albany |
| Jurisdiction | Delaware |
| Entity Type | FOREIGN LIMITED LIABILITY COMPANY |
| Initial DOS Filing Date | 2023-09-11 |
| DOS Process Name | C/O CORPORATION SERVICE COMPANY |

View PDF
View PDF View PDF

## Lastest Filing Information

| | |
|---|---|
| Filing Number | 231102002621 |
| Filing Type | CERTIFICATE OF PUBLICATION |
| Mod Cert Code | 49FA |
| Approved Date | 2023-11-02 |
| Filing Date | 2023-11-01 |
| Entity Type | FOREIGN LIMITED LIABILITY COMPANY |
| Current Entity Name | SUNRUN GEMINI MANAGER 2023, LLC |
| Effective Date | 2023-11-01 |
| Foreign Incorporation Date | 2023-08-31 |
| Duration | PERPETUAL |
| Law Section | LIMITED LIABILITY COMPANY - 802 LIMITED LIABILITY COMPANY LAW |
| County | Albany |
| Jurisdiction | DE |
| Filer Name | CORPORATION SERVICE COMPANY |
| Filer Address | 80 State St.<br>225 bush street, suite 1400<br>Albany<br>NY 12207 |
| DOS Process Name | C/O CORPORATION SERVICE COMPANY |
| DOS Process Address | 80 State Street<br>Albany<br>NY 12207-2543 |

## Entity Name History

| Filing Date | Entity Name | Filing Number | Type | Status |
|---|---|---|---|---|
| 2023-09-11 | SUNRUN GEMINI MANAGER 2023, LLC | 230911000575 | Actual | Active |

## Entity Address History

| Filing Date | Address Type | Address Name | Address | Filing Number |
|---|---|---|---|---|
| 2023-11-02 | Service of Process | C/O CORPORATION SERVICE COMPANY | 80 State Street, Albany, NY 12207-2543 | 231102002621 |
| 2023-09-11 | Service of Process | C/O CORPORATION SERVICE | 80 State Street, Albany, NY | 230911000575 |

## Location Information

**Street Address**  80 STATE STREET

**City**  ALBANY

**State**  NY

**Zip Code**  122072543

## Corporations in the same location

| Corporation Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Gpg Pierrepont, LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-22 |
| Fairview Housing I and II, L.P. | 80 State Street, Albany, NY 122072543 | | 2024-05-21 |
| Albright Housing, L.P. | 80 State Street, Albany, NY 122072543 | | 2024-05-21 |
| Discovery Xt Employer LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-21 |
| Prime Storage Highland 9w, LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-22 |
| Empirx Health LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-21 |
| Lancaster Puppies Services, LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-22 |
| Mundesley New York LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-21 |
| Mn8 Solutions LLC | 80 State Street, Albany, NY 122072543 | | 2024-05-21 |
| Chorlins & Chorlins, Inc. | 80 State Street, Albany, NY 12207-2543 | | 2023-08-03 |

| | | Agent Name | Filing Date |
|---|---|---|---|
| Madison International Real Estate Liquidity Fund Ix (T), L.P. | 80 STATE ST., 10th floor, Albany, NY 122072543 | | 2024-01-11 |
| Legacy Transformational Consulting Inc | 80 Service Company, 80 State Street, Albany, NY 122072543 | | 2019-03-13 |
| Keystone Pharmacy Inc. | 80 State St, Albany, NY 122072543 | | 2024-05-01 |
| Citc Enterprises, Inc. | c/o corporation service company, 80 stste street, Albany, NY 122072543 | | 2023-07-28 |
| Niobium Microsystems, Inc. | c/o corporation servcie company, 80 state street, Albany, NY 122072543 | | 2024-04-22 |
| M. Walsh, Rpa, P.C. | 90 State Street, Ste 700 Office 40, Albany, NY 122072543 | | 2023-08-15 |
| Applied Labs LLC | 244 Madison Avenue, Suite 239, New York, NY 122072543 | | 2017-10-10 |
| Law Office of Christopher M. Van De Kieft, P.C. | 90 State Street, Ste 700 Office 40, Albany, NY 122072543 | | 2023-12-22 |
| Tcb River Street Limited Partnership | C/O Company Service Company, 80 State Street, Albany, NY 122072543 | | 2017-05-15 |
| Service Disabled Veterans In Cannabis Association Inc. | 80 State St., Albany, NY 122072543 | | 2023-07-14 |

Find all corporations in the same zip code

## Corporations in the same zip code

| Corporation Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Sonic Galaxy Inc. | 418 Broadway STE R 88732, Albany, NY 12207 | | 2024-04-01 |
| Hair By Kerry Lynne LLC | 418 Broadway STE N, Albany, NY 12207 | | 2024-05-07 |
| Teja Vu Organics LLC | 418 Broadway #6284, Albany, NY 12207 | New York Registered Agent LLC | 2024-05-08 |
| 39komplex, Inc. | 418 Broadway - STE V, Albany, NY | | 2024-03-27 |

| Corporation Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| New York Black and African Literature Festival, Inc. | 418 broadway, #5854, Albany, NY 12207 | | 2024-05-13 |
| 595 Pacific Medical PLLC | 418 BROADWAYm STE. R, Albany, NY 12207 | | 2024-04-04 |
| Maimouna Global LLC | 488 Broadway Apt 211, Albany, NY 12207 | | 2024-05-14 |
| Victor Frazier Inc. | 418 broadway # 8436, Albany, NY 12207 | Ronald v Frazier jr | 2024-05-09 |
| Kdot Inc. | 418 broadway, STE R8739S, Albany, NY 12207 | | 2024-04-23 |

Find all corporations in the same zip code

## Similar Entities

### Corporations with similar names

| Corporation Name | Address | Registered Agent Name | Initial DOS Filing Date |
|---|---|---|---|
| Sunrun Balerion III Owner 2023, LLC | 80 State Street, Albany, NY 12207-2543 | | 2023-05-17 |
| Sunrun Julius Holdco 2023-2, LLC | 80 State Street, Albany, NY 12207-2543 | | 2023-07-10 |
| Sunrun Juno Manager 2023, LLC | 80 State Street, Albany, NY 12207-2543 | | 2023-02-27 |
| Sunrun Ulysses Manager 2023, LLC | 80 State Street, Albany, NY 12207-2543 | | 2023-05-01 |
| Sunrun Juno Owner 2023-B, LLC | 80 State Street, Albany, NY 12207-2543 | | 2023-06-12 |
| Sunrun Julius Holdings 2023-2, LLC | 80 State Street, Albany, NY 12207-2543 | | 2023-07-10 |
| Sunrun Boreas Owner 2023, LLC | 80 State Street, Albany, NY 122072543 | | 2023-08-31 |
| Sunrun Ragnar Manager 2022 | 80 State Street, Albany, NY | | 2022-09-07 |

| | | |
|---|---|---|
| Sunrun Boreas Manager 2023, LLC | 80 State Street, Albany, NY 122072543 | 2023-08-31 |

## Improve Information

Do you have more infomration about *Sunrun Gemini Manager 2023, LLC*? Please fill in the following form.

Name

Address

Telephone

Email

Website

Description

[ Submit Form ]

## Dataset Information

This dataset Includes about three million business entities and corporations registered with New York State Department of State (NYSDOS). The Department of State keeps a record of every filing for every incorporated business in the state of New York. Each business entity is registered with DOS ID, business legal name, type, filing date, registered agent name, office address, etc.

**Subject**  Business and Economy

**Jurisdiction**  State of New York

## Dataset Details

The New York State Department of State, one of the oldest and most diverse agencies in state government, works to make New York a more welcoming, equitable, and prosperous place for all who call it home. Established in 1778, and known as the Keeper of Records for more than two centuries, the Department improves the quality of life for all New Yorkers by providing a myriad of essential services and programs to local governments, businesses, community organizations and citizens. Business corporations, not-for-profit corporations, limited liability companies and limited partnerships must file a formation document with the New York State Department of State in order to do business within the State of New York. Each corporate, limited liability company or limited partnership name must be unique.

Out-of-state corporations which choose to do business in New York State must file with the Department of State an application for authority. If the entity name is not distinguishable from the name of all other entities on file with the Department of State, the corporation must use a fictitious name which, likewise, must be distinguishable from the name of all other entities on file with the Department of State. With some exceptions, each business corporation must submit a statement every two years verifying their service of process address and identifying the name and address of the chief executive officer of the corporation and the address of the principal executive office of the corporation. Limited liability companies must submit a statement every two years that verifies the service of process address.

This Corporation and Business Entity Database includes business and not for profit corporations, limited partnerships, limited liability companies, limited liability partnerships, and other miscellaneous businesses. The database also includes assumed name filings for corporations, limited liability companies and limited partnerships. Each business entity is registered with DOS ID, business legal name, entity type, filing date, registered agent name and address, officer name and address, office address, etc.

To give New Yorkers the access they deserve to government data and information, Governor Andrew M. Cuomo launched the Open NY initiative in March 2013 and signed Executive Order 95. It directs state agencies to identify, catalog, and publish their data on the state's open data website administered by the Office of Information Technology Services (ITS). Open NY increases transparency, improves government performance, empowers New Yorkers to participate in government, and encourages research and economic opportunities statewide.

OPENGOVNY Contact

# UNITED STATES DISTRICT COURT
for the

)
)
)
ROCKETLADY UNLIMITED ENTERPRISES, LLC )
_Plaintiff(s)_ )
v. ) Civil Action No.
)
) (n/c)
RELIANT RETAIL ENERGY, LLC )
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROCKETLADY UNLIMITED ENTERPRISES
P.O. BOX 2992
HUMBLE, TX 77347-2992

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                                   _____
                                                         _Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: