United States District Court
Southern District of Texas

**ENTERED**

March 03, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ROCKETLADY UNLIMITED §
ENTERPRISES, LLC, §
 §
 §
*Plaintiff,* §
VS. § CIVIL ACTION NO. 4:24-CV-04903
 §
RELIANT RETAIL ENERGY, LLC, §
 §
*Defendant.* §
 §

## ORDER

Pending before this Court is Plaintiff Rocketlady Unlimited Enterprises, LLC d/b/a Our Hearts Together, LLC ("Plaintiff") Motion for Relief (Doc. No. 8) and Motion for Summary Judgment (Doc. No. 9). The Court finds that Plaintiff has failed to comply with Federal Rule of Civil Procedure 4 and hereby **DISMISSES** the case without prejudice.

On December 12, 2024, Plaintiff, *pro se*, filed a Complaint in this Court against Defendants Reliant Retail Energy, LLC, Sunrun Gemini Manager, Goodleap, Assurant, TMobile, ATT, Xfinitity, BSG, Mike Calvert Toyota, and Tejas Toyota (collectively, "Defendants"). (Doc. No. 1). On December 13, 2024, the Court notified Plaintiff that the summons were not complete due to procedural deficiencies. On April 3, 2025, United States Magistrate Judge Yvonne Ho entered an Order of Non-Compliance that rescheduled the initial scheduling conference because "[p]roof of timely service of the Defendants has not been filed with the Court." (Doc. No. 6). The Order further stated that "[i]f proof of service is not filed by May 30, 2025, this case may be dismissed." (*Id.*).

On June 25, 2025, Magistrate Judge Ho issued a Second Order of Non-Compliance. (Doc. No. 7). This Order stated that "[t]here is still no proof that Defendants were served." (*Id.*). Nevertheless, the Court stated that it "will grant Plaintiff another chance to ensure that Defendants

are properly served and submit valid proof of service." (*Id.*). Soon thereafter, Plaintiff filed a Motion for Relief (Doc. No. 8) and Motion for Summary Judgment (Doc. No. 9). Neither of these pending motions addressed the outstanding service deficiencies.

Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action with prejudice against that defendant or order that service be made within a specified time." Plaintiff filed this lawsuit over one year ago, and this Court has twice informed Plaintiff of the service deficiencies and possibility of dismissal. To date, Plaintiff has not served any of the Defendants. Therefore, this Court hereby **DISMISSES** this case without prejudice. All pending motions are denied as moot.

It is so ordered.

Signed on this the ___3rd___ day of March 2026.

_____
Andrew S. Hanen
United States District Judge